O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YOVANNNI VELASQUEZ, | ) | Case No. CV 13-3623-ABC (RNB) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| TIM VERGA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 11, 2014

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE