

JS-6
Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOVANNI VELASQUEZ,<br><br>    Petitioner,<br><br>vs.<br><br>TIM VERGA, Warden,<br><br>    Respondent. | Case No. CV 13-3623-ABC (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 11, 2014

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE